# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HOLLIE SMITH,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-1652-Orl-18KRS**

**BREVARD SECURITY SPECIALISTS,**
**INC., DAVID W. GRAHAM,**
**JEFFREY W. FARLESS,**

        **Defendants.**

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Entry of Final Default Judgment (Doc. 31). The Court having reviewed the report and recommendation of the magistrate judge, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED** and judgment be entered by the Clerk of the Court consistent with this ruling.

**DONE** and **ORDERED** in Orlando, Florida on this 6th day of March, 2007.

Copies furnished to:

Counsel of Record

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE